The Honorable Anna J. Brown

Kyle D. Riley
William R. Kiendl
SMITH FREED & EBERHARD, P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Tel: (206) 576-7575
Fax: (206) 576-7580

Of Attorneys for Defendant Meritplan Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BRUCE AND NANCY BARRONE,<br><br>Plaintiffs,<br><br>vs.<br><br>MERITPLAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:13 – CV – 01817 – BR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>**Clerk's Action Required** |

### I.   STIPULATION

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs Bruce and Nancy Barrone filed this action on October 22, 2013, relating to a residential fire in Newberg, Oregon.

2. Plaintiffs alleged various breach of contract and intentional infliction of emotional distress claims.

STIPULATION FOR AND ORDER OF DISMISSAL
(D. Or. Cause No. 3:13 – CV – 01817 – BR) – Page 1          111 1 168

SMITH FREED & EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

3. Defendant Meritplan Insurance Company appeared in the action and filed an answer denying Plaintiffs' claims.

4. On May 27, 2014, the parties participated in mediation before Portland attorney Richard Spier.

5. As a result of mediation, a settlement of disputed claims has been reached.

6. The terms of the settlement are confidential.

7. The parties agree that the above-captioned action should be dismissed with prejudice, and without an award of attorney's fees or litigation costs to any party.

DATED this 7th day of July, 2014.

SMITH FREED & EBERHARD, P.C.

By: _____
Kyle D. Riley, OSB No. 024390
E-mail: KDR@smithfreed.com
William R. Kiendl, WSBA No. 23169
E-mail: wkiendl@smithfreed.com
Admitted *pro hac vice*
Telephone: (206) 576-7575
Of Attorneys for Defendant
Meritplan Insurance Company

STIPULATION FOR AND ORDER OF DISMISSAL
(D. Or. Cause No. 3:13 – CV – 01817 – BR) – Page 2      1111168

SMITH FREED & EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

MILLARD & BRAGG, P.C.

By: /s/ Frederick M. Millard
Frederick M. Millard, OSB No. 982959
E-mail: fmillard@millardlaw.com
Douglas M. Bragg, OSB No. 012113
E-mail: dbragg@millardlaw.com
Telephone: (503) 305-7806
Of Attorneys for Plaintiffs
Bruce Barrone and Nancy Barrone

## II.   ORDER ON STIPULATION

The Court has received and reviewed the above Stipulation of the parties, and is fully informed in the premises. It is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, and without an award of attorney's fees or litigation costs to any party. All remaining deadlines relating to this action are STRICKEN.

SO ORDERED this 8th day of July, 2014.

/s/ Anna J. Brown
THE HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL
(D. Or. Cause No. 3:13-CV-01817-BR) – Page 3          111 I 168

SMITH FREED & EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

Presented by:

SMITH FREED & EBERHARD, P.C.

By: _____
Kyle D. Riley, OSB No. 024390
E-mail: KDR@smithfreed.com
William R. Kiendl, WSBA No. 23169
E-mail: wkiendl@smithfreed.com
Admitted *pro hac vice*
Telephone: (206) 576-7575
Of Attorneys for Defendant
Meritplan Insurance Company


MILLARD & BRAGG, P.C.

By: _____
Frederick M. Millard, OSB No. 982959
E-mail: fmillard@millardlaw.com
Douglas M. Bragg, OSB No. 012113
E-mail: dbragg@millardlaw.com
Telephone: (503) 305-7806
Of Attorneys for Plaintiffs
Bruce Barrone and Nancy Barrone

STIPULATION FOR AND ORDER OF DISMISSAL
(D. Or. Cause No. 3:13 – CV – 01817 – BR) – Page 4        111 I 168

SMITH FREED & EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580